UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PHYLLIS GRODZITSKY, ET AL,

    Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.,

    Defendant.

Civil Action No. 14-mc-

Underlying Action:
Civil Action No. 2:12-cv-1142(C.D. Cal.)

| | |
|---|---|
| Jonathan D. Selbin<br>Lieff Cabraser Heimann and Bernstein LLP<br>Attorneys for Plaintiff<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>(212) 355-9500<br>jselbin@lchb.com | Paul G. Cereghini<br>Bowman and Brooke LLP<br>Attorneys for Defendant<br>970 West 190th Street, Suite 700<br>Torrance, CA  90502<br>(310) 768-3068<br>paul.cereghini@bowmanandbrooke.com<br><br>Peter A. Smit (P27886)<br>Gary J. Mouw (P69236)<br>Varnum LLP<br>Attorneys for Non-Parties Hi-Lex and TSK<br>Bridgewater Place, PO Box 352<br>Grand Rapids, MI, 49501-0352<br>(616) 336-6000<br>gjmouw@varnumlaw.com |

### NON-PARTIES TSK OF AMERICA, INC. AND  HI-LEX CONTROLS, INC'S MOTION TO QUASH PLAINTIFF'S SUBPOENAS

Non-Parties TSK of America, Inc. ("TSK") and Hi-Lex Controls, Inc. ("Hi-Lex"), by and through their counsel, Varnum LLP, hereby move pursuant to Fed. R. Civ. P. 45(c)(3) for an order quashing Plaintiff's subpoenas, served on TSK and Hi-Lex in connection with a matter pending in the Central District of California.  In support of this Motion, Non-Parties TSK and Hi-Lex rely upon the accompanying brief in support, which is incorporated herein by reference.

WHEREFORE, Non-Parties TSK and Hi-Lex request that this Court enter an order quashing Plaintiff's subpoenas.

VARNUM LLP
Attorneys for Non-Parties TSK America, Inc. and H-Lex Controls, Inc.

Dated:  July 30, 2014        By:    /s/*Gary J. Mouw*
                                    Peter A. Smit (P27886)
                                    Gary J. Mouw (P69236)
                             Business Address & Telephone:
                                    Bridgewater Place, PO Box 352
                                    Grand Rapids, MI, 49501-0352
                                    Phone:  (616) 336-6000
                                    Fax:  (616) 336-7000
                                    gjmouw@varnumlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the court's ECF system, and I hereby certify that I have e-mailed and mailed by overnight delivery through United Parcel Service the paper to the following non-ECF participants:

Jonathan D. Selbin
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
jselbin@lchb.com

Paul G. Cereghini
Bowman and Brooke LLP
970 West 190th Street, Suite 700
Torrance, CA  90502
paul.cereghini@bowmanandbrooke.com

/s/ *Gary J. Mouw*
Gary J. Mouw (P69236)

8621159_1.docx